# Court of Appeals
## Tenth Appellate District of Texas

10-26-00143-CV

In re Shawn Eric McGee

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus filed on April 21, 2026, is denied.
*See* TEX. R. APP. P. 52.8(d). The motion for stay contained within the petition
is dismissed as moot.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: May 7, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
Motion dismissed as moot
OT06

